

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2022

No. 04-22-00226-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Luz Elena D. Chapa, Justice
                 Irene Rios, Justice
                 Lori I. Valenzuela, Justice

On April 13, 2022 the trial court held a hearing wherein the trial court ordered "Ms. Gallegos is to report to the 45th District Court Jury room on April 14th, 2022 by 09:00AM with any equipment and additional staff needed to assist in the search and placement for M.T.M.S. If placement is not found Ms. Gallegos is to report on April 18th, 2022 at 09:00 to the 45th District Court jury room to continue searching for placement." On April 14, 2022 the trial court rendered an Order for Writ of Capias and Setting Bond. On April 19, 2022, the Department of Family and Protective Services filed a Writ of Habeas Corpus complaining of restraint of liberty placed on Sofia Gallegos by the trial court.

This court believes a serious question concerning the relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **on or before April 25, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

After reviewing the Writ of Habeas Corpus, we order temporary emergency relief as follows:

Any order by the trial court rendered at the April 13, 2022 hearing requiring any Department employee to report to any location designated by the trial court for the purpose of conducting their regular duties, including remaining at any location until placement for the child is secured, is STAYED pending the outcome of this habeas proceeding.

---

[1] This proceeding arises out of Cause No. 2021-PA-00518, styled *In The Interest of M.T.M.S., A Child*, pending in the 131st Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the order at issue in this proceeding.

The trial court's order of writ of capias and setting of bond rendered on April 14, 2022, is STAYED pending the outcome of this pending further order of this court.

Any order by the trial court rendered at the April 13, 2022 hearing that includes any punitive or coercive action to enforce such provisions, is STAYED pending further order of this court.

Any order by the trial court that includes any punitive or coercive action to enforce the order of writ of capias and setting of bond rendered on April 14, 2022 is STAYED pending further order of this court.

It is so **ORDERED** on April 19, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court